UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. VERITY INVESTIGATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br><br>v.<br><br>ELMORE COMPANIES, INC., *at al.,*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>Cause No. 4:26-cv-00049-SEB-KMB |

**ORDER**

The United States of America, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the Court, being duly advised, now ORDERS as follows:

1. The Clerk of the Court is DIRECTED to unseal the Relator's Complaint and accompanying exhibits, this Notice, and the attached proposed Order. The remainder of the docket shall remain under seal and will not be made public;

2. The seal will be lifted as to all other matters occurring in this action after the date of this Order;

3. The parties shall serve all future pleadings and motions filed in this action, including supporting memoranda, upon the United States. The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

4. The parties shall serve all notices of appeal upon the United States;

5. All orders of this Court shall be sent to the United States; and

6. Should the Relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED

Date: 6/10/2026

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF